STATE OF ILLINOIS
IN THE FOURTH JUDICIAL CIRCUIT
CLINTON COUNTY

| | | |
|---|---|---|
| GERMANTOWN TRUST & SAVINGS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | 2019-L-9 |
| | ) | |
| U.S. BANK, a national banking association; and SECURA INSURANCE COMPANIES, a mutual company; | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

Respondent: U.S. Bank, 510 8th Street, Carlyle, IL 62231

YOU ARE SUMMONED and required to appear in this cause, or otherwise file your answer, in the office of the Clerk of the Circuit Court, Clinton County, 850 Fairfax Street, Carlyle, Illinois 62231 thirty (30) days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS ATTACHED HERETO.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or speak to your local Circuit Clerk's Office.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This summons may not be served and returned latter than three (3) days before the date of appearance.

Clerk of the Circuit Court

DATED: 3/13/2019          By: _____ MGM

[SEAL: 4TH JUDICIAL CIRCUIT CLINTON COUNTY CIRCUIT COURT]

(Petitioner's attorney or Petitioner if he/she is not represented by an attorney)
ERIK D. HYAM
SILVER LAKE GROUP LTD.
314 N. Monroe St., P.O. Box 98
Litchfield, IL 62056
Phone: (217) 324-6147

Date of Service: 03-14, 2019.
(To be inserted by officer on copy left with defendant or other person)

# AFFIDAVIT OF SERVICE

I certify that I served the foregoing Summons along with a copy of the complaint in this matter on the defendant as follows:

(a) (Individual Defendants-personal):

(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the Defendant with whom he left the Summons, and (b) state the place where (whenever possible in terms of an exact street address and the date and time of the day when the Summons was left with the Defendant.)

_____

_____

(b) (Individual defendants-abode):

By leaving a copy of this summons and a copy of the Complaint at the usual place of abode of each individual defendant with a person or his/her family, of the age of 13 years or older, informing that person of the contents of the Summons. (The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the Defendant, with whom he left the Summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the Summons was left with such person.)

_____

_____

_____

And also by sending a copy of the Summons and of the Complaint in a sealed envelope with postage fully prepaid, addressed to each individual Defendant at his/her usual place of abode, as follows:

Name of Defendant   Mailing Address   Date of Mailing

_____

_____

(c) (Corporation defendants)

By leaving a copy of this Summons and a copy of the Complaint with the registered agent, officer or agent of each Defendant corporation, as follows:

Defendant Corporation   Registered agent, officer or agent   Date of Service

_____

_____

By:_____