UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERMANTOWN TRUST & SAVINGS BANK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>U.S. BANK, a national banking association, )<br>and SECURA INSURANCE COMPANIES, )<br>a mutual company, )<br>)<br>Defendants. ) | Case No. 3:19-cv-352-JPG |

**ORDER**

THIS MATTER comes before the Court on the parties' motion to enter an agreed judgment on Count I (Doc. 59).  They have agreed that judgment should be entered in favor of plaintiff Germantown Trust & Savings Bank and against defendant U.S. Bank in the amount of $148,194.08 (One Hundred Forty-Eight Thousand One Hundred Ninety-Four and 08/100 Dollars).  They have further agreed that each party shall bear its own costs, attorneys fees, and expenses and that U.S. Bank shall make full payment of this judgment within 30 days of entry of judgment.  The Court **GRANTS** the motion (Doc. 59) and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED** this 30th day of July, 2020.

By: s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**