UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERMANTOWN TRUST AND SAVINGS BANK,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANK and SECURA INSURANCE COMPANIES,<br><br>    Defendants. | Case No. 19-cv-352-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having agreed to the disposition of others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count I is entered in favor of plaintiff Germantown Trust & Savings Bank and against defendant U.S. Bank in the amount of $148,194.08 (One Hundred Forty-Eight Thousand, One Hundred Ninety-Four and 08/100 Dollars) without costs, to be paid within 30 days of entry of this judgment; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count II is entered in favor of defendant Secura Insurance Companies and against plaintiff Germantown Trust & Savings Bank.

.
**DATED:  July 30, 2020**

                                                  **MARGARET M. ROBERTIE, Clerk of Court**

                                                  **s/Tina Gray, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**